# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ANITA M. WOODS,** | : | |
| | : | |
| Plaintiff, | : | **CASE NO. 1:09CV756** |
| | : | |
| vs. | : | **Judge Michael R. Barrett** |
| | : | Magistrate Timothy S. Hogan |
| **OTTERBEIN HOMES** | : | |
| | : | |
| and | : | **STIPULATION OF DISMISSAL WITH** |
| | : | **PREJUDICE** |
| **OTTERBEIN LEBANON,** | : | |
| | : | |
| Defendants. | : | |

Plaintiff, Anita M. Woods, and Defendants, Otterbein Homes and Otterbein Lebanon, have entered into a settlement agreement settling all claims contained within the above-referenced litigation. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby dismisses the action with prejudice. Each party shall bear its own costs.

                          Respectfully submitted,

| | |
|---|---|
| /s/   Jon A. Allison | /s/   Daniel E. Burke |
| Jon A. Allison (0073955) | Daniel E. Burke (0040186) |
| *Attorney for Plaintiff* | Andrea D. Schrag (0084367) |
| FREKING & BETZ, LLC | *Attorneys for Defendants* |
| 525 Vine Street, Sixth Floor | GRAYDON HEAD & RITCHEY LLP |
| Cincinnati, OH  45202 | 1900 Fifth Third Center |
| Phone: (513) 721-1975 | 511 Walnut Street |
| Fax:    (513) 651-2570 | Cincinnati, OH  45202-3157 |
| Email: jallison@frekingandbetz.com | Phone: (513) 629-2717 |
| | Fax:    (513) 651-3836 |
| | E-mail: dburke@graydon.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this day, February 12, 2010, filed electronically via CM/ECF a true copy of the foregoing in the United States District Court for the Southern District of Ohio, with notice of same being electronically served by the Court, addressed to the following:

>Jon A. Allison
>FREKING & BETZ, LLC
>525 Vine Street, Sixth Floor
>Cincinnati, OH  45202

                /s/ Daniel E. Burke
                Daniel E. Burke

2485108.1